# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Mykia King**  Docket No. 21-30178

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Gwendolyn Stein, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Mykia KIng</u>, who was placed under pretrial release supervision by Your Honor, sitting in the court at <u>Detroit</u>, on <u>June 7, 2021</u>, under the following conditions:

To report to Pretrial Services as directed; surrender passport or other international travel documentation to Pretrial Services by June 11, 2021 by 4:00 PM; not obtain a passport, enhanced identification or other international travel documents; travel restricted to the Eastern District of Michigan, unless previous consent of Pretrial Services or the Court; reside at bond address; not use or unlawfully possess a narcotic drug or other controlled substances, including marijuana; resolve all outstanding warrants as directed by Pretrial Services; submit to an initial drug test by Pretrial Services, if negative, testing will be discontinued. If positive random drug testing will continue along with substance use treatment if deemed necessary by Pretrial Services; shall not file any claims for unemployment benefits either for herself or another person; and shall not possess any personally identifiable information of another person.

**Respectfully presenting petition for action of court and for cause as follows**:

On July 14, 2021, writer contacted the defendant to provide her with a list of her outstanding warrants and suggested she began to work on clearing the warrants as directed by the Court. The defendant has made attempts to clear these outstanding warrants by communicating with the agencies and making court dates.

The defendant's initial drug screen was negative.   Therefore, all drug testing conditions have been discontinued for this defendant.

On July 16, 2021, writer received information the defendant was arrested by West Bloomfield Township Police Department.  On this same date, writer contacted the defendant to inquire about police contact. Prior to speaking with the defendant writer contacted West Bloomfield Township Police Department and was advised the defendant was arrested on numerous outstanding warrants when she appeared at the police station to bond out her boyfriend who was being held on outstanding warrants.  When writer spoke to the defendant she denied being placed under arrest. Writer obtained a copy of the police report that is attached for Your Honor's view. Writer was told the defendant was released and was no longer in the custody of West Bloomfield Township Police Department later that day.  However, the defendant was untruthful with Pretrial Services about her recent arrest.

On August 7, 2021, at 22:59, writer received a phone call from Detective Molloy, with Farmington Hills Police Department, whom advised the defendant was arrested during a routine traffic stop and during the search of her vehicle, officers located several credit cards and gift cards not in the defendant's name.  The defendant is prohibited from possessing personal identification of another person.  The report from Farmington Hills Police Department is attached.

After speaking with Detective Molloy and a special agent on the task for Secret Service, he is under the impression the defendant will not voluntarily appear in court as directed.  Detective Molloy advised writer on August 7, 2021; the defendant could be held in custody up to 72 hours.

On August 9, 2021, writer communicated with Detective Molloy, who reported, at the time of the call, the defendant was still in custody.

According to the recent information it appears the defendant continues to engage in criminal activity and is not abiding by the direct order of the Court.

Pretrial Services is requesting the defendant present reason to the court for noncompliance.  Pretrial Services is also requesting the defendant's bond be cancelled and a warrant be issued for her arrest.

Assistant United States Attorney Alyse Wu and Defense Counsel John F. Neal have been advised of this information.

**PRAYING THAT THE COURT WILL ORDER** bond cancellation, issue a warrant, and schedule a Bond Review Hearing for

**August 17, 2021 at 3:00pm**
  ORDER OF COURT

Considered and ordered this **9th day of August, 2021** and ordered filed and made a part of the records in the above case.

s/Anthony P. Patti
Honorable Anthony P. Patti
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

_____
  Gwendolyn Stein
United States Pretrial Services Officer

Place: Detroit, Michigan

Date: August 9, 2021