UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    *Plaintiff,*　　　　　　　　　　CASE NO. 21-30178

v.

    　　　　　　　　　　　　　　　HON. ANTHONY P. PATTI

MYKIA KING,

    *Defendant.*
_____/

## ORDER REVOKING BOND

    Defendant was previously released on bond, pursuant to the Bail Reform Act, 18 U.S.C. § 3142 et seq. The government has moved for revocation of bond based on allegations that Defendant violated the conditions of her release and violated state or federal criminal laws while on bond. Defendant, who is charged in this matter with conspiracy to commit wire and mail fraud, and while on bond, was found in actual possession of a false driver's license and six credit, debit or gift cards, all with the names of other women on them, and in constructive possession of a notebook containing names, social security numbers, addresses and banking information of others, in addition to correspondence involving California unemployment benefits in someone else's name. Defendant also appears to have been untruthful to her Pretrial Services officer regarding her arrest, and to the police regarding the reason for having a false driver's license (claiming that she needs it to get into bars for underage drinking when she is at least 28 years old). There is a presumption of bond revocation and detention based on the Court's

findings with respect to these bond violations, which has not been successfully rebutted. For the reasons stated on the record, the Court finds, under 18 U.S.C. § 3148(b), that there is:

☒ probable cause to believe that Defendant has committed a Federal, State, or local crime while on release (if a felony, a rebuttable presumption arises that no condition or combination of conditions will assure that Defendant will not pose a danger to the safety of any other person or the community); **and**

☒ clear and convincing evidence that Defendant has violated any other condition of release, namely that she refrain from possessing any personally identifiable information of any other person and from filing any claims for unemployment benefits for herself or any other person.  (ECF No. 11, PageID.39, ¶¶ x(ii) and x(iii));

**AND**

☒ based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the safety of any other person or the community; **and**

☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

Therefore, the bond for Defendant is hereby **REVOKED** and the defendant is **REMANDED** to the custody of the United States Marshal.

**IT IS ORDERED.**

Date: August 18, 2021

_____
Anthony P. Patti, U.S. Magistrate Judge

2